1

Russell Brown
2  CHAPTER 13 TRUSTEE
Suite 800
3  3838 North Central Avenue
Phoenix, Arizona 85012-1965
4  602.277.8996
Fax 602.253.8346
5

## IN THE UNITED STATES BANKRUPTCY COURT
6

## FOR THE DISTRICT OF ARIZONA
7

| | |
|---|---|
| 8   In re | In Proceedings Under Chapter 13 |
| 9   JOSE LOPEZ | Case No. 2:08-bk-10107-RJH |
| 10 | **TRUSTEE'S MOTION TO ALLOW PAYMENT OF UNCLAIMED FUNDS OF** |
| 11                                      Debtor. | **DEBTOR TO COURT** |

12        Russell Brown, Chapter 13 Trustee, pursuant to 11 U.S.C. §§ 347(a) and 1326(a)(2), and

13   Rule 3011, F.R.B.P., moves the Court to allow him to pay unclaimed funds of the Debtor to the

14   Court. The Trustee issued a refund check to the Debtor, but the check has not been presented for

15   payment or the post office returned the check as undeliverable. More than ninety days has passed

16   from the date of issuance and the Trustee has put a stop payment on the check or voided it..

17        Following is the Debtor's information used by the Trustee:

18
| Address With Court: | Address With Trustee: | Amount: |
|---|---|---|
| 19  Jose Lopez | Jose Lopez | $10.05 |
|    908 S. 5th Avenue | 908 South 5th Avenue | |
| 20  Phoenix, AZ 85003 | Phoenix, AZ 85003 | |

21

22        Also, the Trustee has done the following in an unsuccessful attempt to locate the Debtor:

     The Trustee received no change of address for the Debtor or other new contact information.
23

24        According to the Court docket, the Debtor has filed no address change or, if so, the Trustee
          unsuccessfully attempted service to the new address.

25        The Trustee office called the Debtor's telephone number in his records and used any other
          contact information, and was unsuccessful at contacting the Debtor. Also, the Trustee
26        contacted any attorney for the Debtor but was unsuccessful at contacting the Debtor with any
          information provided.
27

28        Searching the database of the Arizona Department of Motor Vehicles showed no new
          address or the Trustee unsuccessfully used the address.

1                   A Google search showed no new contact information.

2                   No new contact information was found at www.whitepages.com.

3                   A search on WestLaw showed no new information or the Trustee was unsuccessful when using such information.

Therefore, the Trustee moves the Court for an Order allowing him to pay the Debtor's unclaimed funds to the Court.

_____

Russell A. Brown
Chapter 13 Trustee

2